IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL P. CORADO**, *et al.*, | : CIVIL ACTION NO. 1:11-CV-01799 |
| **Plaintiffs** | : (Judge Conner) |
| v. | : |
| **TIM ASH**, *et al.*, | : |
| **Defendants** | : |

## ORDER

AND NOW, this 2nd day of December, 2011, upon consideration of motion (Doc. 6) to remand and strike defendants' petition for removal filed by plaintiffs Michael P. Corado and Corado & Company, Inc. (collectively "plaintiffs"), and the court noting that defendants, Tim Ash, Ash Brokerage Corp., Michael Hefferon, Bufkin, Hefferon & Siegel, Inc., and Brokerage Resources of America, LLC a/ka Bramco The Corporation Trust Company (collectively "defendants") state they concur with plaintiffs' motion to remand and strike their petition for removal (Doc. 19), it is hereby ORDERED that:

1. The motion (Doc. 6) to remand and strike defendants' petition for removal is GRANTED.

2. Defendants' petition for removal is STRICKEN.

3. The above-captioned matter is REMANDED back to the Court of Common Pleas of Dauphin County, Pennsylvania.

4. The clerk of court is directed to CLOSE this case.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge
