**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL P. CORADO, *et al.*,** | : | **CIVIL ACTION NO. 1:11-CV-01799** |
| | : | |
| **Plaintiffs** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **TIM ASH, *et al.*,** | : | |
| | : | |
| **Defendants** | : | |

**ORDER**

AND NOW, this 2nd day of December, 2011, upon consideration of motion (Doc. 6) to remand and strike defendants' petition for removal filed by plaintiffs Michael P. Corado and Corado & Company, Inc. (collectively "plaintiffs"), and the court noting that defendants, Tim Ash, Ash Brokerage Corp., Michael Hefferon, Bufkin, Hefferon & Siegel, Inc., and Brokerage Resources of America, LLC a/ka Bramco The Corporation Trust Company (collectively "defendants") state they concur with plaintiffs' motion to remand and strike their petition for removal (Doc. 19), it is hereby ORDERED that:

1. The motion (Doc. 6) to remand and strike defendants' petition for removal is GRANTED.

2. Defendants' petition for removal is STRICKEN.

3. The above-captioned matter is REMANDED back to the Court of Common Pleas of Dauphin County, Pennsylvania.

4. The clerk of court is directed to CLOSE this case.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge